**Cara R. Burns (SBN: 137557)**
**cburns@hmkblawyers.com**
**Hicks, Mims, Kaplan & Burns**
**2800 28th Street, Suite 383**
**Santa Monica, California 90405**
**Telephone:  (310) 314-1721**
**Facsimile:  (310) 314-1725**

**Attorneys for Plaintiff,**
**BRAVADO INTERNATIONAL GROUP**
**MERCHANDISING SERVICES, INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY,** <br><br> Defendants. | Case No. 2:17-cv-01632 JAM-AC <br><br> **ORDER FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT ORDER TO SHOW CAUSE HEARING** |

Based upon the Request for Plaintiff's Counsel to Appear Telephonically, and all other pleadings and proceedings heretofore had herein and good cause being shown:

IT IS HEREBY ORDERED, that counsel for Plaintiff Bravado International Group Merchandising Services, Inc. ("Plaintiff"), Cara R. Burns, be permitted to appear telephonically at the Order to Show Cause Hearing scheduled for Monday, August 21, 2017 at 1:30 pm before this Court;

AND IT IS FURTHER ORDERED, Plaintiff's counsel has represented that she will be available on the day of the hearing at the following telephone number: 310-314-1721;

/ / /

/ / /

AND IT IS FURTHER ORDERED that the Courtroom Deputy shall email counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: August 14, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

By: /s/ Cara R. Burns, Esq.
Cara R. Burns (SBN: 137557)
cburns@hmkblawyers.com
Hicks, Mims, Kaplan & Burns
2800 28th Street, Ste 383
Santa Monica, California 90405
Telephone:   (310) 314-1721
Facsimile:   (310) 314-1725