Cara R. Burns (SBN: 137557)
cburns@hmkblawyers.com
Hicks, Mims, Kaplan & Burns
2800 28th Street, Suite 383
Santa Monica, California 90405
Telephone: (310) 314-1721
Facsimile: (310) 314-1725

Attorneys for Plaintiff,
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY, <br><br> Defendants. | Case No. 2:17-cv-01632 JAM-AC <br><br> [~~PROPOSED~~] ORDER FOR EXONERATION OF CASH BOND AND DISPOSITION OF SEIZED MERCHANDISE |

Plaintiff Bravado International Group Merchandising Services, Inc. ("Plaintiff") having represented that it will dismiss the above entitled action pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise, and good cause appearing,

**IT IS HEREBY**

**ORDERED,** that the Cash Bond posted by Plaintiff's counsel in the amount of Ten Thousand Dollars ($10,000) shall be and hereby is exonerated, along with any interest and less any fees, and shall be released to counsel for the Plaintiff as set forth below, and it is further

**ORDERED,** that the Clerk of the Court shall send the released Cash Bond to Plaintiff's counsel in the form of a check made payable as follows: Cara R. Burns, Hicks, Mims, Kaplan & Burns, 2800 28th Street, Ste 383, Santa Monica, California 90405, and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all previously seized infringing merchandise.

**IT IS SO ORDERED.**

Dated: August 21, 2017
At: 3:20 p.m.

*[signature]*
**HONORABLE WILLIAM B. SHUBB**
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted,
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

By: /s/ Cara R. Burns, Esq.
Cara R. Burns (SBN: 137557)
cburns@hmkblawyers.com
Hicks, Mims, Kaplan & Burns
2800 28th Street, Ste 383
Santa Monica, California 90405
Telephone: (310) 314-1721
Facsimile: (310) 314-1725